643 A.2d 971

IN THE MATTER OF DAVID A. BIEDERMAN,
AN ATTORNEY AT LAW.

June 8, 1994.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DAVID A. BIEDERMAN** of **CLIFTON**, who was admitted to the bar of this State in 1959, be restored to the practice of law, effective immediately.